# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# SHELBY DIVISION

### CRIMINAL NO. 4:96CR53-11

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| ANTHONY BLACKWOOD ) | |

**THIS MATTER** is before the Court on remand from the Fourth Circuit Court of Appeals for resentencing pursuant to the instructions contained therein. ***See, United States v. Blackwood,*** ____ Fed. Appx. ____, 2005 WL 2249910 (4th Cir. 2005).

**IT IS, THEREFORE, ORDERED** that this matter is hereby scheduled for resentencing on **THURSDAY, NOVEMBER 10, 2005, AT 9:30 AM**, at the U.S. Courthouse in Asheville, North Carolina.

**IT IS FURTHER ORDERED** that the Clerk appoint counsel to represent the Defendant at resentencing. A revised presentence report is not necessary for this hearing.

**IT IS FURTHER ORDERED** that the United States Marshal make arrangements to have the Defendant transported from his place of incarceration to the hearing and return him thereto after resentencing. The United States Marshal shall ensure that the Defendant arrives in this District prior to the hearing date in order that he may be afforded adequate opportunity to confer with counsel in preparation for the resentencing hearing.

The Clerk of Court is directed to send copies of this Order to the Defendant, his counsel, the United States Attorney, the United States Marshal, and the United States Probation Office.

**Signed: September 21, 2005**

Lacy H. Thornburg
United States District Judge